IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20031
Summary Calendar
_____


DORIS LEE,

Plaintiff-Appellant,


versus

JOHN J. CALLAHAN,
Acting Commissioner of Social Security,

Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-96-CV-774
- - - - - - - - - -
July 18, 1997
Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

Doris Lee appeals the district court's summary judgment in favor of the Commissioner of Social Security. She contends that the district court should have applied an equitable tolling provision and permitted her to file a complaint challenging the denial of disability insurance benefits, even though she did not meet the deadline to seek judicial review.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the brief and the record and conclude that thee is no error.  For the reasons stated by the district court, this is not the rare case that merits equitable tolling of the limitations period.  <u>Lee v. Callahan</u>, No. H-96-CV-774 (S.D. Tex. Dec. 23, 1996).  The judgment of the district court is AFFIRMED.